UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK JON RAYHA,
    Plaintiff,

vs.                                        Case No.:  3:21cv4697/LAC/EMT

WARDEN and
ASSISTANT WARDEN NEAL,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

Plaintiff, a Florida inmate proceeding pro se, commenced this civil rights action seeking an injunction requiring Defendants to restore access to his property, including his legal materials and medical assistive devices (hearing aids, eye glasses, braces, and wheelchair gloves and pads) (ECF No. 1).  Plaintiff's pleading was not accompanied by a motion to proceed in forma pauperis (IFP) or payment of the filing fee.

On January 3, 2022, the court entered an order directing Plaintiff to either pay the filing fee or file a properly completed IFP motion within thirty days (ECF No. 5).  The undersigned directed the clerk of court to send Plaintiff the correct set of IFP forms and advised Plaintiff that his failure to comply with the court's order as instructed would result in a recommendation of dismissal of the case (*id.* at 2).

Plaintiff did not file an IFP motion or pay the filing fee within the time allowed. The court thus entered an order, on February 10, 2022, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (*see* ECF No. 6). The time for compliance with the show cause order has now elapsed, and Plaintiff has not paid the filing fee, filed an IFP motion, or otherwise responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 25th day of March 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:21cv4697/LAC/EMT